Petition
for Writ of Mandamus Dismissed as Moot and Memorandum Opinion filed May 17, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00348-CV

____________

 

IN RE JENNIFER BRUNE, Relator

 



ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

County Court

Grimes County,
Texas

Trial Court Cause
No. 163



 

MEMORANDUM
OPINION

On April 25, 2011, Relator, Jennifer Brune, filed a petition
for writ of mandamus in this Court.  See Tex. Gov’t Code Ann '22.221 (Vernon 2004); see
also Tex. R. App. P. 52.1.  The petition asks this
court to order the respondent, the Honorable Betty Shiflett, presiding judge of
the County Court, Grimes County, Texas, to grant Brune’s motion to recuse or
refer the matter to the Administrative Judge, Olen Underwood.

Respondent filed a response on May 9, 2011, that contains a
copy of a letter dated May 5, 2011, from Judge Shiflett to Judge Underwood,
referring the motion to recuse.  Accordingly, the petition for writ of mandamus
is ordered dismissed as moot.

PER CURIAM

Panel consists
of Justices Anderson, Brown and Christopher.